PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SEP 19 2013
SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs. Reed, Kyle Stanley                Docket No. 0980 2:13CR02076-004

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 28th day of May, 2013 under the following conditions:

**Condition #19:** Defendant shall undergo a substance abuse evaluation as directed by a U.S. Probation Officer. Prior to the language related to condition number 19, the release order states: Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program.

**Condition #20:** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance..

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violations #1 & 2:** Kyle Reed is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington, by failing to attend intake appointment at Alcohol Drug Dependency Services (ADDS) and failing to provide a urine sample on September 18, 2013.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 19 day of September, 2013 and ordered filed and made a part of the records in the above case. | s/Carrie A. Valencia |
| | Carrie A Valencia |
| | U.S. Pretrial Services Officer |
| James P. Hutton<br>U.S. Magistrate Judge | Place  Eastern District of Washington |
| | Date 09/19/2013 |