PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 05 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs. Reed, Kyle Stanley                Docket No. 0980 2:13CR02076-004

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 28th day of May, 2013 under the following conditions:

**Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: The defendant is alleged to be in violation of his pretrial release by using methamphetamine and heroin on February 1, 2, and 3, 2014.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct: |
|---|---|
| Considered and ordered this __5__ day of __FEBRUARY__, 2014 and ordered filed and made a part of the records in the above case. | s/Carrie A. Valencia |
| | Carrie A Valencia |
| | U.S. Pretrial Services Officer |
| _____ James P. Hutton  U.S. Magistrate Judge | Place ___Eastern District of Washington___  Date  02/4/2014 |